No. 75–5110. Clark v. Campbell, Judge, 423 U. S. 948;

No. 75–5221. Sturgeon v. Douglas, 423 U. S. 934; and

No. 75–5411. Johnson v. United States, 423 U. S. 1020. Motions for leave to file petitions for rehearing

denied. MR. JUSTICE STEVENS took no part in the consideration or decision of these motions.